# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

════════════════

NO. 03-06-00209-CV

════════════════

**In re Samuel T. Jackson**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Samuel T. Jackson filed this petition for writ of mandamus and an emergency motion to stay disqualification. We deny the petition for writ of mandamus and overrule the motion to stay disqualification.

Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed: April 14, 2006